In the Matter of RUSSELL J. WRIGHT, Petitioner, v. COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NEW YORK, Respondent.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PHILIP ARDOLINO, Respondent.

Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.